Ramiro Udave MARTINEZ; Maria Celina Rodriguez Reyes, Petitioners,

v.

Michael B. MUKASEY,* Attorney General, Respondent.

No. 06–72621.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007.**

Filed Dec. 28, 2007.

Edgardo Quintanilla, Esq., Edgardo Quintanilla Law Offices, Sherman Oaks, CA, for Petitioners.

District Director, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Marion E. Guyton, Esq., David E. Dauenheimer, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, WALLACE and HAWKINS, Circuit Judges.

MEMORANDUM ***

Ramiro Udave Martinez and Maria Celina Rodriguez Reyes, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. See *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Petitioners' motion to reopen where it considered the new evidence regarding their daughter's psychological condition and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. See *Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (reversing the BIA's denial of a motion to reopen if it is "arbitrary, irrational or contrary to law.").

To the extent Petitioners contend that the BIA failed to consider some or all of the evidence they submitted with the motion to reopen, they have not overcome the presumption that the BIA did review the record. See *Fernandez v. Gonzales*, 439 F.3d 592, 603 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**

---

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.